**NICOLAS J. ESTRADA, Attorney at Law**
**CA State Bar Number 119709**
1611 South Catalina Avenue, Suite 300
Redondo Beach, California 90277
Telephone:   (310) 316-6392
Facsimile:    (310) 316-2306

Attorney for Defendant,
WILLIAM J. ROWE

**ADMITTED AS A MEMBER OF THE BAR OF U.S. SUPREME COURT, NINTH CIRCUIT COURT OF APPEALS AND ALL DISTRICT COURTS IN CALIFORNIA**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. **S-04-0489 DFL** |
| ) | |
| PLAINTIFF, ) | **Stipulation and Order and Findings** |
| ) | **Re:  Continuance of Sentencing Hearing** |
| v. ) | |
| ) | |
| WILLIAM J. ROWE, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |
| _____ ) | |

   Plaintiff, UNITED STATES OF AMERICA, by and through its Counsel of Record the United States Attorney for the Eastern District of California, and defendant, WILLIAM J. ROWE, by and through his counsel of record, NICOLAS J. ESTRADA, hereby stipulate as follows:

   1.   The defendant made his last appearance on February 17, 2005 before the United States District Court Judge David F. Levi.  At this hearing the defendant changed his plea and entered a plea of guilty.  The Sentencing hearing is currently set for July 7, 2005.

   2.   Since his last hearing the defendant has undergone open heart surgery, wherein one of defendant's heart valves was replaced. The defendant will therefore need additional time to recover from this major heart surgery.

3.      He is also requesting the Court's permission to go to Salt Lake City, Utah during the month of August, 2005 to attend the birth of his grandson.

4.      By this stipulation the parties jointly request a continuance of his sentencing hearing to the week of September 15, 2005 and also stipulate to the defendant being granted permission to go to Salt Lake City, Utah.

4.      The parties agree and stipulate and request that the Court find the following:

a.      The defendant will need additional time to address his current very serious heart condition prior to sentencing.

b.      The defendant will need permission to go to Salt Lake City, Utah.

c.      Based on the above stated finding the ends of justice will be served by allowing a continuance of defendant's sentencing hearing to September 15, 2005 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated:  07/25/05                             /s/    DANIEL S. LINHARDT_____
                                             DANIEL S. LINHARDT
                                             ASSISTANT UNITED STATES ATTORNEY
                                             ATTORNEY FOR PLAINTIFF
                                             UNITED STATES OF AMERICA


Dated:  07/23/05                             /s/     NICOLAS J. ESTRADA_____  _____
                                             NICOLAS J. ESTRADA
                                             ATTORNEY FOR DEFENDANT
                                             WILLIAM J. ROWE

## **ORDER**

**IT IS SO Found And Ordered** this 3rd day of August, 2005.


                              **/s/ David F. Levi**
                              **HONORABLE DAVID F. LEVI**
                              **UNITED STATES DISTRICT COURT JUDGE**