STANLEY I. GREENBERG
A LAW CORPORATION
6080 CENTER DRIVE, SUITE 800
LOS ANGELES, CA. 90045-1574
310/215-7509
FACSIMILE: 310/215-7736
CALIFORNIA BAR NO. 53649

Attorney for Defendant,
WILLIAM JOSEPH ROWE.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM JOSEPH ROWE,<br><br>　　　　　Defendant. | No. 2:04CR00489-01<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of WILLIAM JOSPEH ROWE, Defendant, to substitute STANLEY I. GREENBERG, who is retained counsel:

Address:    6080 Center Drive, Suite 800, Los Angeles, CA. 90045,
Email:        stanmanlaw@aol.com
Telephone: 310/215-7509
Fax:           310/215-7736
State Bar:  53649

as attorney of record in place and stead of NICOLAS ESTRADA is hereby

_X_ GRANTED          ___ DENIED

Dated: __9/26__ 2005       _____
                            U.S. District Judge/U.S. Magistrate Judge

-1-