STANLEY I. GREENBERG
A LAW CORPORATION
6080 CENTER DRIVE, SUITE 800
LOS ANGELES, CA. 90045-1574
310/215-7509
FACSIMLE: 310/215-7736
CALIFORNIA BAR NO. 53649

Attorney for Defendant,
WILLIAM JOSEPH ROWE.

OK /th..

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. 2:04CR00489-DFL
)
Plaintiff, ) STIPULATION AND [PROPOSED]
) ORDER CONTINUING
vs. ) SENTENCING DATE
)
WILLIAM JOSEPH ROWE, )
)
Defendant. )

IT IS HEREBY STIPULATED by and between Plaintiff, UNITED STATES OF AMERICA, and Defendant, WILLIAM JOSEPH ROWE, through their respective counsel of record, that the sentencing date presently scheduled for October 20, 2005, at 10:00 a.m., may be continued to December 8, 2005, at 10:00 a.m.

DATED: September 27, 2005

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

By _____
Daniel S. Linhardt
Assistant U.S. Attorney /by SIG

Attorney for Plaintiff,
UNITED STATES OF AMERICA.

[Signature per telephonic authorization.]

DATED: September 27, 2005

STANLEY I. GREENBERG,
A Law Corporation

By _____
Stanley I. Greenberg

Attorney for Defendant,
WILLIAM JOSEPH ROWE.

-1-

## ORDER

Upon stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that the sentencing date presently scheduled for October 20, 2005, at 10:00 a.m., is continued to December 8, 2005, at 10:00 a.m.

IT IS FURTHER ORDERED that no less than four (4) weeks prior to December 8, 2005, counsel for defendant and the Government shall each deliver to the Probation Officer and exchange with each other a written statement of all objections they have to statements of material fact, sentencing, classifications, sentencing guideline ranges, and policy statements contained in or omitted from the Presentence Report. These objections are not and shall not become part of the court file. After receipt of the objections, the Probation Officer shall conduct any further investigation and make any necessary revisions to the Presentence Report.

DATED: September 28, 2005

_____
DAVID F. LEVI
U.S. District Court Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 6080 Center Drive, Suite 800, Los Angeles, CA., 90045.

On September 27, 2005, I served the foregoing document(s) described as:

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE

on the interested parties in this action:

[ ] By placing in a sealed envelope for collection and mailing via U.S. Mail, addressed as set forth above.
[ ] By hand delivery addressed as follows:
[ ] By messenger as follows:
[X] By facsimile as follows:

    USA Daniel S. Linhardt    Fax No. 916/554-2900
    U.S. Attorney's Office

    USPO Terry L. Wilkins    Fax No. 916/930-4380
    U.S. Probation Office

[ ] By overnight mail as follows:

Executed on September 27, 2005, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
JUDITH PIERCE