**STANLEY I. GREENBERG**
A LAW CORPORATION
6080 CENTER DRIVE, SUITE 800
LOS ANGELES, CA. 90045-1574
310/215-7509
FACSIMILE: 310/215-7736
CALIFORNIA BAR NO. 53649

Attorney for Defendant,
WILLIAM JOSEPH ROWE.

FILED
JAN 0 9 2006
CLERK, U S DISTRICT COURT
ERN DISTRICT OF CAL...

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:04CR00489-DFL |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE. |
| vs. ) | |
| WILLIAM JOSEPH ROWE, ) | Date: January 12, 2006<br>Time: 10:00 a.m.<br>Ctrm: DFL |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff, UNITED STATES OF AMERICA, and Defendant, WILLIAM JOSEPH ROWE, through their respective counsel of record, that the sentencing date presently scheduled for January 12, 2006, at 10:00 a.m., may be continued to April 27, 2006, at 10:00 a.m.

DATED: January 6, 2006

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

By _____
Daniel S. Linhardt
Assistant U.S. Attorney

Attorney for Plaintiff,
UNITED STATES OF AMERICA.

DATED: January 5, 2006

STANLEY I. GREENBERG,
A Law Corporation

By _____
Stanley I. Greenberg

Attorney for Defendant,
WILLIAM JOSEPH ROWE

-1-

## ORDER

Upon stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing date presently scheduled for January 12, 2006, at 10:00 a.m., is continued to April 27, 2006, at 10:00 a.m.

DATED: January 9, 2006

_____
DAVID F. LEVI
U.S. District Court Judge

-2-