```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAURA L. FERRIS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95914
 4  Telephone: (916) 554-2932
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                     EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,     )   CR. S. NO 04-489-DFL
                                  )
11              Plaintiff,        )   STIPULATION AND ORDER
                                  )   CONTINUING SENTENCING DATE.
12       v.                       )
                                  )   DATE: August 3, 2006
13  WILLIAM JOSEPH ROWE,          )   TIME: 10:00am
                                  )   CTRM: Honorable David F. Levi
14              Defendant.        )
    _____)
15
16
17       It is hereby stipulated by and between Plaintiff, United
    States of America, and defendant, WILLIAM JOSEPH ROWE, through
18
    their respective counsel of record, that the sentencing presently
19
    scheduled for August 3, 2006, at 10:00 a.m., may be continued to
20
    August 17, 2006, at 10:00 a.m.
21
                                       MCGREGOR W.  SCOTT
22                                     United States Attorney
23
    Date:  August 7, 2006                 /s/ Laura L. Ferris
24                                     LAURA L. FERRIS
                                       Assistant U.S. Attorney
25
26  Date: August 1, 2006           _____
                                       STANLEY L. GREENBERG,
27                                     Attorney for Defendant ROWE
28
                                    1
```

**ORDER**

Upon stipulation, and good cause appearing therefore,

It is hereby **ORDERED** that the sentencing date presently scheduled for August 3, 2006, at 10:00 a.m., is hereby continued to August 17, 2006, at 10:00 a.m.

Dated: 8/8/2006

_____
DAVID F. LEVI
United States District Judge

2